AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> EDWIN EMILIO GARCIA-CONNOR, <br><br> *Defendant(s)* | Case No. <br> 19-6583-SNOW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 3, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 US.C. § 2199 | Stowaway on a vessel. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jose L. Santana, Enforcement Officer, CBP
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/5/19

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
_____
*Printed name and title*

## **AFFIDAVIT**

I, Jose Santana, being duly sworn, state the following:

1. I am a United States Customs and Border Protection ("CBP") Enforcement Officer at the Fort Lauderdale International Airport, Port Everglades Seaport, and have been so employed since 2005. As a CBP Enforcement Officer, I am responsible for the investigation of criminal and administrative violations related to the Immigration and Nationality Act and other federal criminal offenses.

2. The statements contained in this affidavit are based on my own personal knowledge, as well as information provided to me by other law enforcement officers. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all the details of the investigation of which I am aware.

3. On December 03, 2019, at approximately 9:30 p.m. Edwin Emilio GARCIA-CONNOR, a citizen and national of Honduras, arrived as a stowaway at Port Everglades Seaport, Southern District of Florida, onboard the M/V Maersk Wolfburg coming from Guatemala. GARCIA-CONNOR was discovered by the crew of the vessel upon arrival to Port Everglade Seaport and was detained onboard. CBP was then notified by the vessel's crew of GARCIA-CONNOR's discovery and CBP responded to the location of the vessel. Upon arrival, CBP took custody of GARCIA-CONNOR after statements from the vessel's security crew and the captain of the vessel that GARCIA-CONNOR was a stowaway and did not have permission to be onboard the vessel.

4. GARCIA-CONNOR was transported and escorted for processing by CBP. System checks did not find that GARCIA-CONNOR has any immigration permits or visas to be in the United States. During a sworn statement, GARCIA-CONNOR freely admitted that he boarded the vessel

1

using a rope without authorization while the vessel was docked in Puerto Cortez, Honduras.

WHEREFORE, based upon the foregoing, your Affiant submits that there is probable cause to believe that on or about December 3, 2019 in Broward County, in the Southern District of Edwin Emilio GARCIA-CONNOR was a stowaway on a vessel, in violation of Title 18, United States Code, Section 2199.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Jose L. Santana, Enforcement Officer
Customs and Border Protection

Sworn to and subscribed before me
this 5 day of December, 2019.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-6583-SNOW

BOND RECOMMENDATION

DEFENDANT: Edwin Emilio Garcia-Connor

Pre-Trial Detention is Recommended.
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Terry L. Lindsey

Last Known Address: _____

What Facility: _____

Agent(s): Jose L. Santana, CBP
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)